# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00053-CV

**Jeffrey Roland Boggess, Appellant**

**v.**

**Estate of Martha Blakely, with Betsy Blakely, the Independent Executor of the Estate of Martha Blakely, Appellee**

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT NO. D-1-FM-04-005498, HONORABLE PAUL DAVIS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

On September 21, 2007, this cause was abated for purposes of settlement negotiations. The parties to this appeal have filed a joint motion requesting (1) that the abatement be lifted, (2) that this Court's records be sealed, and (3) that the cause be remanded to the district court for entry of further orders effectuating the parties' settlement agreement. The parties' motion to lift the abatement is granted and this appeal is reinstated.

The parties' motion for remand to the district court is also granted. Therefore, in accordance with Texas Rule of Appellate Procedure 42.1(a)(2)(C), this appeal, having been reinstated, is again abated in order to permit proceedings in the district court to effectuate the parties' settlement agreement.

The parties' motion that we seal this Court's records—comprised primarily of the clerk's record, reporter's record, and various motions—is denied, without prejudice to the parties'

ability to file a motion in the trial court requesting that records be sealed, and, if such motion is granted by the trial court, to file a motion to lift the abatement of this appeal, supplement the record with the trial court's order sealing the records, and file a new motion to seal the appellate record.

_____

Diane M. Henson, Justice

Before Chief Justice Law, Justices Waldrop and Henson

Abated

Filed:   July 9, 2008